AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____EASTERN_____ DISTRICT OF _____WASHINGTON_____

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 30 1998

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA

UNITED STATES OF AMERICA
V.
JORGE SIQUEIROS

## CRIMINAL COMPLAINT

CASE NUMBER: M-98-4155-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 26, 1998__ in __Franklin__ county, in the __Eastern__ District of __Washington__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully move and travel in interstate commerce and flee the state of Washington to avoid a arrest warrant for violation of Washington Penal Code RCW9A 32 050 - Murder in the Second Degree, for actions committed on July 26, 1998,

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
William J. Leahy
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 30, 1998                     at   Richland, Washington
Date                                   City and State

HON. EDWARD F. SHEA
U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

1

## AFFIDAVIT

I, William J. Leahy, being duly sworn, depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Richland, Washington Office. As part of my duties, I investigate offenses of Unlawful Flight to Avoid Prosecution or Confinement.

2. On July 29, 1998, Detective Chavez of the Pasco Police Department told me that on July 26, 1998, at approximately 11:00 p.m., Christa Garcia was shot in the head at 1101 West Shoshone, Pasco, Washington, and died instantly. Jorge Siqueiros, date of birth March, 6, 1978, was positively identified as the shooter by three witnesses who were standing near the scene of the shooting. Witnesses saw Siqueiros flee the scene immediately after the shooting in a 1983 Ford Thunderbird, light yellow in color, bearing Washington license plate number 367 CSK. The Thunderbird is registered to Siqueiros' half-brother, Juan M. Tovar.

3. On July 27, 1998, at approximately 4:15 a.m., Detective Chavez executed a search warrant at Siqueiros' apartment at 1101 W. Shoshone, Apartment 3, Pasco, Washington. While searching the residence, Detective Chavez heard the telephone ring and answered the phone. The caller asked Detective Chavez if the person answering the phone was his brother, Juan Tovar. Tovar resides with Siqueiros at 1101 West Shoshone, Apartment 3, Pasco, Washington. When Detective Chavez initially picked up the phone, he heard the operator tell the

person on the other end of the line to deposit $3.20 for 3 minutes.

    4. On July 28, 1998, at approximately 8:00 p.m., Detective Chavez received a message from a neighbor residing in the apartment complex located at 1101 West Shoshone, Pasco, Washington. The neighbor advised Detective Chavez that Juan Tovar had given money to an individual residing in Apartment 11, 1101 West Shoshone, Pasco, Washington, who was leaving for Tijuana, Mexico, on July 29, 1998. The money was to be delivered to Siqueiros in Tijuana, Mexico.

    5. On July 29, 1998, Franklin County Prosecuting Attorney Steve Lowe informed me that Jorge Siqueiros has been charged with Murder in the Second Degree, arrest warrant 98-1-50314-8. Lowe further advised me that his office will seek the extradition of Siqueiros.

    6. Based upon the above information, I have reason to believe that Jorge Siqueiros has fled the state of Washington to avoid prosecution in violation of Title 18, United States Code, Section 1073.

                                          William J. Leahy  
                                          Special Agent  
                                          Federal Bureau of Investigation

Subscribed and sworn to before me this 30 day of July, 1998

HON. EDWARD F. SHEA  
United States District Judge