Michael C. Ormsby
United States Attorney
Eastern District of Washington
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JORGE SIQUEIROS,<br><br>           Defendant. | MJ-98-4155-01<br><br>Motion for Order of Dismissal With Prejudice<br><br>Without Oral Argument:<br>January 25, 2017-6:30 p.m. |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney, for the Eastern District of Washington, and Joseph H. Harrington, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for Order of Dismissal With Prejudice.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Washington hereby dismisses the Criminal Complaint against Defendant, JORGE SIQUEIROS, with prejudice. We have been advised that the Mexican statute of limimtations has expired and the warrant has been withdrawn from NCIC.

Dated: January 25, 2017.

MICHAEL C. ORSMBY
United States Attorney

*s/ Joseph H. Harrington*
Joseph H. Harrington
Assistant United States Attorney

Motion for Order of Dismissal With Prejudice